IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFERY GLENN WALKER, JR.**                                     **PLAINTIFF**

v.                              No. 4:25-cv-1016-DPM

**CHRIS WATKINS, Captain, Faulkner
County Detention Center and JAMES
STRACENER, Sgt., Faulkner County
Detention Center**                                                **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Walker hasn't updated his address; and the time to do so has passed. *Doc. 7.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025