IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEFFERY GLENN WALKER, JR.                                        PLAINTIFF

v.                          No. 4:25-cv-1016-DPM

CHRIS WATKINS, Captain, Faulkner
County Detention Center and JAMES
STRACENER, Sgt., Faulkner County
Detention Center                                                 DEFENDANTS

## JUDGMENT

Walker's complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 December 2025